UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AT SHERMAN

CASE NO.:  4:24-cv-00635

REED TIMMER,

        Plaintiff,

v.

TRIUMPH ROOFING AND CONSTRUCTION LLC,

        Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff REED TIMMER by and through his undersigned counsel, brings this Complaint against Defendant TRIUMPH ROOFING AND CONSTRUCTION LLC for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff REED TIMMER ("Timmer") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to reproduce, publicly perform, and distribute Timmer's original copyrighted works of authorship; for misrepresentation under 17 U.S.C. § 512(f).

2. Timmer is an award-winning videographic content creator who travels around the globe in pursuit of Mother Nature's wrath. His physical and mailing address is 216 Meadow Rose Drive, Travelers Rest, South Carolina 29690. Timmer covers weather extremes from tornadoes, hurricanes, flooding, blizzards, volcanoes and climate change impacts.

3. Defendant TRIUMPH ROOFING AND CONSTRUCTION LLC ("Triumph") is a roofing and construction company in Plano, Texas, that specializes in the installation of new roofing systems and provides services for roof repair and maintenance needs. At all times relevant herein, Triumph owned the Facebook page "Triumph Roofing" located at the internet URL www.facebook.com/TriumphRoofing (the "Triumph Facebook Page") and the Instagram Page "triumphroofing" located at the internet URL www.instagram.com/triumphroofing/?h|=en (the "Triumph Instagram Page") (collectively referred to herein as the "Triumph Social Media").

4. Timmer alleges that Triumph copied Timmer's copyrighted work from the internet in order to advertise, market and promote its business activities. Triumph committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of its business.

## JURISDICTION AND VENUE

5. This action arises under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Texas.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Triumph engaged in infringement in this district, Triumph resides in this district, and Triumph is subject to personal jurisdiction in this district.

## **DEFENDANT**

9. Triumph Roofing and Construction LLC is a Texas Limited Liability Company, with its principal place of business at 811 East Plano Parkway, Suite 107, Plano, Texas, 75074, and can be served by serving its Registered Agent, Bradley R. Sanders, at the same address.

## **THE COPYRIGHTED WORK AT ISSUE**

10. In 2022, Timmer created the video entitled "Andover Drone Footage," which is referred to herein as the "Work".

11. Timmer registered the Work with the Register of Copyrights on June 3, 2022, and was assigned registration number PA 2-360-287. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Timmer's Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times, Timmer was the owner of the copyrighted Work at issue in this case.

## **INFRINGEMENT BY TRIUMPH**

14. Triumph has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created but before the filing of this action, Triumph copied the Work and removed Timmer's copyright management information from the Work.

16. On or about May 10, 2022, Timmer discovered the unauthorized use of his Work on Triumphs Social Media.

17. Triumph copied Timmer's copyrighted Work without Timmer's permission.

18. After Triumph copied the Work, it publicly performed the Work, made further copies, and distributed the Work on the Internet without Timmer's permission to promote the sale of goods and services as part of its roofing business.

19. Triumph copied and distributed Timmer's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Triumph committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Timmer never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

22. Timmer notified Triumph of the allegations set forth herein on July 27, 2023, and August 14, 2023. To date, the parties have failed to resolve this matter.

### COUNT I
### COPYRIGHT INFRINGEMENT

23. Timmer incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Timmer owns a valid copyright in the Work at issue in this case.

25. Timmer registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Triumph copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Timmer's authorization in violation of 17 U.S.C. § 501.

27. Triumph performed the acts alleged in the course and scope of its business activities.

28. Defendant's acts were willful.

29. Timmer has been damaged.

30. The harm caused to Timmer has been irreparable.

WHEREFORE, Plaintiff REED TIMMER prays for judgment against Defendant TRIUMPH ROOFING AND CONSTRUCTION LLC that:

    a. Triumph and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501;

    b. Triumph be required to pay Timmer his actual damages and Defendant's profits attributable to the infringement, or, at Timmer's election, statutory damages, as provided in 17 U.S.C. §§ 504;

    c. Timmer be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Timmer be awarded pre- and post-judgment interest; and

    e. Timmer be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Timmer hereby demands a trial by jury of all issues so triable.

Dated: July 11, 2024                                       Respectfully submitted,

*/s/ Sangheon Han*
SANGHEON HAN
sangheon.han@sriplaw.com
**SRIPLAW, P. A.**
4102 McDuffie Street
Houston, TX 77098
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Reed Timmer*