# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# PA 2-360-287

**Effective Date of Registration:**
June 03, 2022
**Registration Decision Date:**
July 28, 2022

## Title

    **Title of Work:**   04292022_ANDOVER DRONE FOOTAGE

## Completion/Publication

    **Year of Completion:**   2022
   **Date of 1st Publication:**   April 29, 2022
  **Nation of 1st Publication:**   United States

## Author

-      **Author:**   Reed Timmer
    **Author Created:**   entire motion picture
   **Work made for hire:**   No
     **Domiciled in:**   United States

## Copyright Claimant

   **Copyright Claimant:**   Reed Timmer
               23520 Pondview Pl., Golden, CO, 80401, United States

## Certification

      **Name:**   Craig Sanders
       **Date:**   June 03, 2022

Page 1 of 1

**Registration #:** PA0002360287
**Service Request #:** 1-11420424321



Craig Sanders
Sanders Law Group
100 Garden City Plaza, Suite 500
Garden City, New York 11530 United States