UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AT SHERMAN

CASE NO.: 4:24-cv-00635

REED TIMMER,

      Plaintiff,

v.

TRIUMPH ROOFING AND CONSTRUCTION LLC,

      Defendant,

**DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES**

Defendant Triumph Roofing and Construction LLC ("Defendant") files this Original Answer and Affirmative Defenses and states:

### I.    Summary of the Action

1. Deny that Plaintiff Reed Timmer ("Plaintiff") is entitled to relief under the Copy Right Act, 17 U.S.C. § 106, and 17 U.S.C. § 512(f).

2. No response is needed.

3. No response is needed.

4. Deny.

### II.    Jurisdiction and Venue

5. Admit.

6. Admit.

7. Admit.

8. Admit venue is proper, deny the remaining allegations.

### III.     Defendant

9.   Admit.

### IV.     The Copyrighted Work at Issue

10.  Defendant is unable to admit or deny the allegation in this paragraph, therefore, denied.

11.  Defendant is unable to admit or deny the allegation in this paragraph, therefore, denied.

12.  Defendant is unable to admit or deny the allegation in this paragraph, therefore, denied.

13.  Defendant is unable to admit or deny the allegation in this paragraph, therefore, denied.

### V.     Infringement by Triumph

14.  Defendant is unable to admit or deny the allegation in this paragraph, therefore, denied.

15.  Deny.

16.  Defendant is unable to admit or deny the allegation in this paragraph, therefore, denied.

17.  Deny.

18.  Deny.

19.  Deny.

20.  Deny.

21.  Deny.

22.  Deny.

## VI.   Copyright Infringement

23. No response is needed.

24. Deny.

25. Deny.

26. Deny.

27. Deny.

28. Deny.

29. Deny.

30. Deny.

## VII.   Prayer for Relief

Defendant denies that Plaintiff is entitled to any relief he seeks.

## Affirmative Defenses

1. Defendant affirmatively pleads that Plaintiff has failed to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). Defendant intends to file a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

2. Defendant affirmatively pleads the defense of Fair Use Doctrine.

3. Defendant affirmatively pleads the defense of Innocent Infringer.

4. Defendant affirmatively pleads third-party liability.

5. Defendant affirmatively pleads Lack of Originality.

6. Defendant affirmatively pleads the Merger Doctrine.

7. Defendant affirmatively pleads Statute of Limitations.

8. Defendant affirmatively pleads Uncopyrightability.

9. Defendant affirmatively pleads Independent Development.

10. Defendant affirmatively pleads the equitable defense of Unclean Hands.

11. Defendant affirmatively pleads the equitable defense of Estoppel.

12. Defendant affirmatively pleads the equitable defense of Laches.

Wherefore, Defendant prays that Plaintiff take nothing.

Respectfully submitted,

**LAW OFFICE OF BRYAN WHITE, PLLC**

*/s/ Bryan White*
Bryan White
State Bar No. 24128204
Bryan@bryancwhitelaw.com
116 South Crockett Street
Sherman, Texas 75090
903.487.4371 – phone
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Sangheon Han
SRIPLAW, P.A.
4102 McDuffie Street
Houston, Texas 77098
Phone: 561.404.4350
Fax: 561.404.4343
Email: sangheon.han@sriplaw.com

*/s/ Bryan White*
Bryan White