**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AT SHERMAN**

**CASE NO.: 4:24-CV-00635-SDJ-AGD**

REED TIMMER,

        Plaintiff,

v.

TRIUMPH ROOFING AND
CONSTRUCTION LLC,

        Defendant.

## **O R D E R**

UPON CONSIDERATION of the Unopposed Motion to Amend the Plaintiff's Original Complaint and Extend the Discovery Period filed by Plaintiff, REED TIMMER, and any opposition thereto, it is this _____ day of _____, 2025, by the United States District Court for the Eastern District of Texas at Sherman, hereby:

ORDERED that the Motion is GRANTED and Plaintiff REED TIMMER shall file its amended complaint by _____, 2025, and the time to complete discovery is extended by _____, 2025.

                                                                                                    _____

                                                                                                    United States District Court
                                                                                                    For the Eastern District of Texas