IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| REED TIMMER, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-00635-SDJ-AGD |
| | § | |
| TRIUMPH ROOFING AND CONSTRUCTION LLC, | § | |
| | § | |
| Defendant. | § | |

## AMENDED SCHEDULING ORDER

Pending before the court is the parties' Unopposed Motion for Leave to Amend the Complaint and Extend the Discovery Period (Dkt. #20). Having reviewed the Motion and all other relevant filings, the court finds that the Motion (Dkt. #20) should be and is hereby **GRANTED**. The following actions shall be completed by the dates indicated.[1] The remainder of the court's Scheduling Order (Dkt. #16) remains unchanged.

### DEADLINES

| | |
|---|---|
| 04/16/2025 | Deadline to add parties. |
| 04/23/2025 | Disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b) on issues for which the party bears the burden of proof. |
| 04/16/2025 | Deadline for Plaintiff to file amended pleadings. |
| 04/30/2025 | Disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(b) on issues for which the party does not bear the burden of proof. |
| 04/30/2025 | Deadline for Defendant to file final amended pleadings.[2] (A motion for leave to amend is required.) |

---

[1] If a deadline falls on a Saturday, Sunday, or a legal holiday as defined in Federal Rule of Civil Procedure 6, the effective date is the first business day following the deadline imposed.

[2] Except as otherwise provided by Federal Rule of Civil Procedure 12(a)(4).

| | |
|---|---|
| 05/07/2025 | Deadline to object to expert testimony on issues for which the party seeking to introduce that testimony bears the burden of proof. Objection shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection. |
| 05/19/2025 | Deadline to object to expert testimony on issues for which the party seeking to introduce that testimony does not bear the burden of proof. Objection shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the court with all the information necessary to make a ruling on any objection. |
| 08/05/2025 | All discovery shall be commenced in time to be completed by this date. |
| 08/26/2025 | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. Deadline for motion for leave to designate responsible third party. |
| 09/02/2025 | Mediation must occur by this date. |
| 01/07/2026 | Notice of intent to offer certified records. |
| 01/07/2026 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order, *see* (www.txed.uscourts.gov), and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). |
| 01/14/2026 | Video Deposition Designation due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross-examination line and page numbers to be included. Counsel must consult on any objections and only those which cannot be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. |

| | |
|---|---|
| 01/19/2026 | Motions in limine due. |
| 01/19/2026 | File Joint Final Pretrial Order.[3] |
| 02/02/2026 | Response to motions in limine due.[4] |
| 02/02/2026 | File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order.[5] (This does not extend the deadline to object to expert witnesses.) Provide the exhibit objected to in the motion or response. If numerous objections are filed, the court may set a hearing prior to docket call. |
| 02/02/2026 | File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| 02/02/2026 | File Proposed Voir Dire Questions. |
| Date will be set by court, usually within 10 days prior to pretrial conf. | If numerous objections are filed, the court may set a hearing to consider all pending motions and objections. |
| 02/11/2026 | Final Pretrial Conference at 9:00 a.m. at the United States courthouse located at 7940 Preston Road in Plano, Texas. Parties should be prepared to try the case on this date. All cases on the court's Final Pretrial Conference docket for this day have been set at 9:00 a.m. However, prior to the Final Pretrial Conference date, the court will set a specific time between 9:00 a.m. and 4:00 p.m. for each case, depending on which cases remain on the Court's docket. |

---

[3] A form Joint Final Pretrial Order can be found on the court's website, available at: http://www.txed.uscourts.gov/?q=judge/judge-sean-jordan.

[4] This is not an invitation or requirement to file written responses. Most motions in limine can be decided without a written response. But, if there is particularly difficult or novel issue, the court needs some time to review the matter. To save time and space respond only to items objected to. All others will be considered to be agreed. Opposing counsel **shall confer** in an attempt to resolve any dispute over the motions in limine within five calendar days of the filing of any response. The parties shall notify the court of all the issues which are resolved.

[5] Within five calendar days after the filing of any objections, opposing counsel **shall confer** to determine whether objections can be resolved without a ruling. The parties shall notify the court of all issues which are resolved. The court needs a copy of the exhibit or the pertinent deposition pages to rule on the objection.

| | |
|---|---|
| To be determined | Jury selection and trial (or bench trial) at 10:00 a.m. at the United States courthouse located at 7940 Preston Road in Plano, Texas. Cases that remain for trial following the Court's Pretrial docket will be tried between **March 2–31, 2026**. A specific trial date in this time frame will be selected at the Final Pretrial Conference. |

**IT IS SO ORDERED.**

**SIGNED this 3rd day of April, 2025.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE