**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AT SHERMAN**

**CASE NO.: 4:24-cv-00635-SDJ-AGD**

REED TIMMER,

        Plaintiff,

v.

TRIUMPH ROOFING AND
CONSTRUCTION LLC, and RODDY
DODDY AGENCY

        Defendants.

## FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff REED TIMMER by and through his undersigned counsels, brings this Complaint against Defendant TRIUMPH ROOFING AND CONSTRUCTION LLC and RODDY DODDY AGENCY for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff REED TIMMER ("Timmer") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to reproduce, publicly perform, and distribute Timmer's original copyrighted works of authorship; for misrepresentation under 17 U.S.C. § 512(f).

2. Timmer is an award-winning videographic content creator who travels around the globe in pursuit of Mother Nature's wrath. His physical and mailing address is 216 Meadow Rose Drive, Travelers Rest, South Carolina 29690. Timmer covers weather extremes from tornadoes, hurricanes, flooding, blizzards, volcanoes and climate change impacts.

3. Defendant TRIUMPH ROOFING AND CONSTRUCTION LLC ("Triumph") is a roofing and construction company in Plano, Texas, that specializes in the installation of new roofing systems and provides services for roof repair and maintenance needs.

4. Defendant RODDY DODDY AGENCY ("Roddy") is a Texas-based online marketing agency specializing in digital advertising and web services for local businesses.

5. At all times relevant herein, Triumph owned the Facebook page "Triumph Roofing" located at the internet URL www.facebook.com/TriumphRoofing (the "Triumph Facebook Page") and the Instagram Page "triumphroofing" located at the internet URL www.instagram.com/triumphroofing/?h|=en (the "Triumph Instagram Page") (collectively referred to herein as the "Triumph Social Media").

6. Upon information and belief, Roddy created websites, including Triumph Social Media, on behalf of Triumph.

7. Timmer alleges that Defendants copied Timmer's copyrighted work from the internet in order to advertise, market and promote its business activities. Defendants committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of its business.

## JURISDICTION AND VENUE

8. This action arises under the Copyright Act, 17 U.S.C. § 501.

9. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

10. Defendant is subject to personal jurisdiction in Texas.

11. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Triumph engaged in

infringement in this district, Triumph resides in this district, and Triumph is subject to personal jurisdiction in this district.

## DEFENDANTS

12. Triumph Roofing and Construction LLC is a Texas limited liability company, with its principal place of business at 811 East Plano Parkway, Suite 107, Plano, Texas, 75074, and can be served by serving its Registered Agent, Bradley R. Sanders, at the same address.

13. RODDY DODDY AGENCY is a Texas-based business entity with its principal place of business at 6215 Colleyville Blvd. Ste. 300, Colleyville, Texas, 76034. It is owned by Kevin L. Seay and Tonya Seay, who reside at 8204 Texian Trl, Mckinney, Texas, 75070.

## THE COPYRIGHTED WORK AT ISSUE

14. In 2022, Timmer created the video entitled "Andover Drone Footage," which is referred to herein as the "Work".

15. Timmer registered the Work with the Register of Copyrights on June 3, 2022, and was assigned registration number PA 2-360-287. The Certificate of Registration is attached hereto as **Exhibit 1**.

16. Timmer's Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets.

17. At all relevant times, Timmer was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY TRIUMPH

18. Triumph has never been licensed to use the Work at issue in this action for any purpose.

19. On a date after the Work at issue in this action was created but before the filing of this action, Triumph copied the Work and removed Timmer's copyright management information from the Work.

20. On or about May 10, 2022, Timmer discovered the unauthorized use of his Work on Triumphs Social Media.

21. Defendants copied Timmer's copyrighted Work without Timmer's permission.

22. After Defendants copied the Work, they publicly made further copies and distributed the Work on the internet to promote the sale of goods and services as part of Triumph's roofing business.

23. Defendants copied and distributed Timmer's copyrighted Work in connection with Triumph's business for purposes of advertising and promoting Triumph's business, and in the course and scope of advertising and selling products and services.

24. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

25. Timmer never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

26. Timmer notified Triumph of the allegations set forth herein on July 27, 2023, and August 14, 2023, before filing its initial Complaint. After deposing Brad Sanders, the corporate representative of Triumph on March 26, 2025, pursuant to Fed. R. Civ. P. 30(b)(6), Timmer notified Roddy of the allegations set forth on April 3, 2025, and April 10, 2025. To date, the parties have failed to resolve this matter.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT AGAINST TRIUMPH

27. Timmer incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. Timmer owns a valid copyright in the Work at issue in this case.

29. Timmer registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

30. Through display on Triumph Social Media, Triumph copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Timmer's authorization in violation of 17 U.S.C. § 501.

31. Triumph performed the acts alleged in the course and scope of its business activities.

32. Triumph's acts were willful.

33. Timmer has been damaged.

34. The harm caused to Timmer has been irreparable.

## COUNT II
## DIRECT COPYRIGHT INFRINGEMENT AGAINST RODDY

35. Timmer incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

36. Timmer owns a valid copyright in the Work at issue in this case.

37. Timmer registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

38. Through display on Triumph Social Media, Roddy copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Timmer's authorization in violation of 17 U.S.C. § 501.

39. Triumph performed the acts alleged in the course and scope of its business activities.

40. Roddy's acts were willful.

41. Timmer has been damaged.

42. The harm caused to Timmer has been irreparable.

## COUNT III
## VICARIOUS LIABILITY OF TRIUMPH

43. Timmer incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

44. Upon information and belief, Triumph contracted with Roddy to create Triumph's websites, including Triumph Social Media.

45. Triumph's contractual relationship with Roddy provided it the right and ability to supervise Roddy's creation or modification of Triumph Social Media, including but not limited to the accessing, copying, editing, displaying, and distributing of the Work on and through the Triumph Social Media.

46. Triumph failed to exercise its right and ability to supervise or control Roddy's actions in creating or modifying Triumph Social Media, including but not limited to Triumph's accessing, copying, editing, displaying, and distributing the Work.

47. As Triumph Social Media are for Triumph's commercial marketing and advertisement of its goods and services, Triumph has an obvious and direct financial interest in the exploitation of the Work on Triumph Social Media.

48. To the extent that the actions described above were performed by Roddy alone, Triumph is vicariously liable for Roddy's unauthorized copying, display, distribution, and creation of derivative works of the Work described above.

WHEREFORE, Plaintiff REED TIMMER prays for judgment against Defendant TRIUMPH ROOFING AND CONSTRUCTION LLC that:

   a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

   b. Defendants be required to pay Timmer his actual damages and Defendant's profits attributable to the infringement, or, at Timmer's election, statutory damages, as provided in 17 U.S.C. § 504;

   c. Timmer be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

   d. Timmer be awarded pre- and post-judgment interest; and

   e. Timmer be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Timmer hereby demands a trial by jury of all issues so triable.

Dated: April 14, 2025                    Respectfully submitted,

                                         /s/ Sangheon Han
                                         SANGHEON HAN
                                         sangheon.han@sriplaw.com
                                         **SRIPLAW, P. A.**
                                         4900 Travis St.
                                         Suite 212

Houston, TX 77002  
281.417.0850 – Telephone  
561.404.4353 – Facsimile

JOEL B. ROTHMAN  
Joel.rothman@sriplaw.com

**SRIPLAW, P.A.**  
21301 Powerline Road  
Suite 100  
Boca Raton, FL 33433  
561.404.4335 – Telephone  
561.404.4353 – Facsimile

EVAN A. ANDERSEN  
evan.andersen@sriplaw.com

**SRIPLAW, P.A.**  
3372 Peachtree Road  
Suite 115  
Atlanta, GA 30326  
404.496.6606 – Telephone  
561.404.4353 – Facsimile

*Counsels for Plaintiff Reed Timmer*