# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**PA 2-360-287**

**Effective Date of Registration:**
June 03, 2022
**Registration Decision Date:**
July 28, 2022

---

## Title

**Title of Work:** 04292022_ANDOVER DRONE FOOTAGE

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** April 29, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Reed Timmer
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Reed Timmer
23520 Pondview Pl., Golden, CO, 80401, United States

## Certification

**Name:** Craig Sanders
**Date:** June 03, 2022

Page 1 of 1

**Registration #:** PA0002360287
**Service Request #:** 1-11420424321



Craig Sanders
Sanders Law Group
100 Garden City Plaza, Suite 500
Garden City, New York 11530 United States