UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CASE NO. 4:24-cv-00635-SDJ-AGD

REED TIMMER

        Plaintiff,

v.

TRIUMPH ROOFING AND CONSTRUCTION LLC, and RODDY DODDY AGENCY

        Defendants.

## DEFENDANT TRIUMPH ROOFING AND CONSTRUCTION LLC'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT

Defendant Triumph Roofing and Construction LLC ("Defendant Triumph") files this Original Answer and Affirmative Defenses and states as follows:

### I.    Summary of the Action

1. Deny that Plaintiff is entitled to relief under the Copyright Act, 17 U.S.C. § 106, and 17 U.S.C. § 512(f).

2. No response is needed.

3. Admit.

4. Defendant is unable to admit or deny the allegations in this paragraph, therefore, denied.

5. Admit.

6. Admit that Defendant Roddy managed Defendant's social media mention in paragraph 5.

7. Defendant denies it copied Plaintiff's alleged copyrighted work in order to advertise, market, and promote its business activities. Defendant denies it committed any copyright violations.

## II. Jurisdiction and Venue

8. Admit.

9. Admit.

10. Admit.

11. Admit venue is proper, deny the remaining allegations.

## III. Defendants

12. Admit.

13. Defendant is unable to admit or deny the allegations in this paragraph, therefore, denied.

## IV. The Copyrighted Work at Issue

14. Defendant is unable to admit or deny the allegations in this paragraph, therefore, denied.

15. Defendant is unable to admit or deny the allegations in this paragraph, therefore, denied.

16. Defendant is unable to admit or deny the allegations in this paragraph, therefore, denied.

17. Defendant is unable to admit or deny the allegations in this paragraph, therefore, denied.

/

/

## V. Infringement by Triumph

18. Defendant is unable to admit or deny the allegations in this paragraph, therefore, denied.

19. Deny.

20. Defendant is unable to admit or deny the allegations in this paragraph, therefore, denied.

21. Deny.

22. Deny.

23. Deny.

24. Deny.

25. Defendant is unable to admit or deny the allegations in this paragraph, therefore, denied.

26. Admit that Defendant was notified of pre-suit allegations on dates listed in this paragraph. Defendant is unable to admit or deny the remainder of the allegations in this paragraph, therefore, denied.

## VI. Causes of Action

**Count 1 – Direct Copyright Infringement Against Triumph**

27. No response is needed.

28. Defendant is unable to admit or deny the allegations in this paragraph, therefore, denied.

29. Defendant is unable to admit or deny the allegations in this paragraph, therefore, denied.

30. Deny.

31. Deny.

32. Deny.

33. Deny.

34. Deny.

**Count 2 – Direct Copyright Infringement Against Roddy**

35. No response is needed.

36. Defendant is unable to admit or deny the allegations in this paragraph, therefore, denied.

37. Defendant is unable to admit or deny the allegations in this paragraph, therefore, denied.

38. Defendant is unable to admit or deny the allegations in this paragraph, therefore, denied.

39. Deny.

40. Defendant is unable to admit or deny the allegations in this paragraph, therefore, denied.

41. Deny.

42. Deny.

**Count 3 – Vicarious Liability of Triumph**

43. No response is needed.

44. Admit that Defendant contracted with Roddy for social media services.

45. Deny.

46. Deny.

47. Deny.

48. Deny.

## VII. Prayer

49. Defendant denies that Plaintiff is entitled to any relief he seeks.

## Affirmative Defenses

50. Defendant affirmatively pleads that Plaintiff has failed to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

51. Defendant affirmatively pleads the following defenses:

   a. Fair Use;

   b. Innocent Infringer;

   c. Third-party liability;

   d. Lack of Originality;

   e. Meger Doctrine;

   f. Statute of Limitations;

   g. Uncopyrightability;

   h. Public Domain;

   i. Waiver;

   j. License;

   k. *De Minimis* Use;

   l. Independent Development;

   m. Unclean Hands;

   n. Estoppel;

   o. Laches.

Wherefore, Defendant prays that Plaintiff take nothing, and that this Court award Defendant reasonable attorney's fees associated with defending this action, and for all further relief this Court deems just and equitable.

Respectfully submitted.

**Law Office of Bryan White, PLLC**

*/s/ Bryan White*
Texas State Bar No. 24128204
Washington State Bar No. 52020
Bryan@bryancwhitelaw.com
116 South Crockett Street
Sherman, Texas 75090
903.487.4371—phone
**ATTORNEY FOR DEFENDANT**

## Certificate of Service

I hereby certify that on this 28th day of May 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew Laurence Rollin
SRIPLAW, P.A.
8730 Wilshire Blvd., Suite 350
Beverly Hills, CA 90211
Phone: 323.452.5600
Fax:  561.404.4353
Email: matthew.rollin@sriplaw.com

*/s/ Bryan White*
Bryan White