UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AT SHERMAN

CASE NO.: 4:24-cv-00635-SDJ-AGD

REED TIMMER,

        Plaintiff,

v.

TRIUMPH ROOFING AND CONSTRUCTION LLC and RODDY DODDY AGENCY

        Defendants.

## MOTION FOR ENTRY OF CLERK'S DEFAULT AS TO DEFENDANT RODDY DODDY AGENCY

Plaintiff REED TIMMER ("Timmer"), by and through his undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendant RODDY DODDY AGENCY ("Roddy") hereto on the ground that Roddy HAS failed to appear or otherwise respond to the Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure. The Declaration of Matthew Laurence Rollin in Support of Motion for Entry of Clerk's Default ("Rollin Decl.") filed concurrently herewith demonstrates that on May 7, 2025, Roddy was served with the Summons and a copy of the Complaint by personal service, by serving Tonya Seay, co-owner of Roddy, at 8204 Texian Trail, McKinney, Texas, 75070. The time allowed for Roddy to respond to the Amended Complaint has expired. Neither Timmer nor the Court has granted Roddy an extension of time to respond to the Amended Complaint. Roddy has failed to answer or otherwise respond to the Complaint or serve a copy of any Answer or other response upon Plaintiff's attorney of record.

Timmer is informed and believes that Roddy is a corporation and is not considered an infant or incompetent person. Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply.

WHEREFORE, Plaintiff REED TIMMER requests that a default be entered by the Clerk against Defendant RODDY DODDY AGENCY and for such other and further relief as to the Court deems just and proper in the premises.

Dated: May 29, 2025                              Respectfully submitted,


/s/ Matthew L. Rollin
MATTHEW L. ROLLIN (*Pro Hac Vice*)
matthew.rollin@sriplaw.com

**SRIPLAW, P. A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile

and

JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

and

EVAN A. ANDERSEN
evan.andersen@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE
Suite 750

                Atlanta, GA 30326
                470.598.0800 – Telephone
                561.404.4353 – Facsimile

                *Counsel for Plaintiff Reed Timmer*