# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# AT SHERMAN

### CASE NO.: 4:24-cv-00635-SDJ-AGD

REED TIMMER,

            Plaintiff,

v.

TRIUMPH ROOFING AND CONSTRUCTION LLC and RODDY DODDY AGENCY

            Defendants.

## DECLARATION OF MATTHEW L. ROLLIN IN SUPPORT OF MOTION FOR ENTRY OF CLERK'S DEFAULT AS TO DEFENDANT RODDY DODDY AGENCY

I, Matthew L. Rollin, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff REED TIMMER ("Timmer") in the above-captioned matter. I make this Declaration, which is filed in support of Plaintiff's Motion for Entry of Clerk's Default, and I could and would testify competently to the matters set forth herein.

2. On April 14, 2025 Timmer filed his Amended Complaint against Defendants Triumph Roofing and Construction LLC and Roddy Doddy Agency ("Roddy") (ECF 22).

3. On May 7, 2025, Roddy was served with the Summons and a copy of the Complaint by personal service, by serving Tonya Seay, co-owner of Roddy, at 8204 Texian Trail, McKinney, Texas, 75070. Attached hereto as Exhibit "A" is a true and correct copy of the Affidavit of Service on file with the Court, reflecting that Roddy was served by personal service with its Summons and a copy of the Amended Complaint.

4. The time allowed for Roddy to respond to the Amended Complaint has expired.

2

5.  Roddy has not been granted an extension of time to respond to the Complaint.

6.  Roddy has failed to answer or otherwise respond to the Complaint or serve a copy of their answer or other response upon Plaintiff's attorneys of record.

7.  I am informed and do not believe that Roddy is an infant or incompetent person, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 29, 2025.

>   */s/ Matthew L. Rollin*
>   MATTHEW L. ROLLIN