# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (561) 404-4350 | FOR COURT USE ONLY |
|---|---|---|
| SRIPLAW<br>4900 Travis Street, Suite 212<br>Houston, TX 77098<br>ATTORNEY FOR  Plaintiff | | |
| EASTERN DISTRICT, SHERMAN<br>101 E Pecan<br>Sherman, TX 75090 | | |
| PLAINTIFF/PETITIONER: Reed Timmer<br>DEFENDANT/RESPONDENT: Triumph Roofing and Construction LLC | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>4:24-cv-00635-SDJ |
| **Declaration of Service** | | Ref. No. or File No:<br>1025 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)**

On: **Roddy Doddy Agency**

I served the summons at:

**8204 Texlan Trail  McKinney, TX 75070**

On: **5/7/2025**          Time: **02:20 PM**

In the above mentioned action  by personally serving to and leaving with

**Tonya Seay - Co-Owner, Authorized to Accept Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Stephen C. Buskirk**
  b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
  c. Telephone number: **714-973-9202**
  d. **The fee** for this service was: **144.50**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Stephen C. Buskirk                                                                                                            Date: 05/08/2025

---

Declaration of Service                                                                                                        Invoice #: 11834130