**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

**CASE NO. 4:24-cv-00635-SDJ-AGD**

| | |
|---|---|
| REED TIMMER<br><br>          Plaintiff,<br><br>v.<br><br>TRIUMPH ROOFING AND CONSTRUCTION LLC, and RODDY DODDY AGENCY<br><br>          Defendants. | |

### DEFENDANT TRIUMPH ROOFING LLC'S ORIGINAL CROSS-CLAIM AGAINST DEFENDANT RODDY DODDY AGENCY

Defendant Triumph Roofing and Construction LLC ("Defendant") files this Original Cross-Claim against Defendant Roddy Doddy ("Roddy Doddy") and states as follows:

### I.     Summary of the Action

1. Defendant brings this Cross-Claim against Roddy Doddy pursuant to Fed. R. Civ. P. 13(g). Namely, Defendant asserts a cross-claim against Roddy Doddy for breach of contract.

2. Defendant is in the roofing and repair business. Defendant's principal place of business is located in Plano, Texas. Defendant maintains several social media accounts that are related to this business. Frome time-to-time, Defendant's social media accounts are used for advertising purposes. Other times, they are used to provide public service announcements regarding storm-safety issues and storm warnings. Roddy Doddy is in the business of providing digital advertising and web services for local businesses.

3. At the time the occurrences and omissions that gave rise to Plaintiff's action, Defendant and Roddy Doddy were in a contractual relationship. Defendant contracted with Roddy Doddy to maintain its social media accounts. From time-to-time, Roddy Doddy would post material on Defendant's social media accounts. This posts included, but were not limited to, textual posts, posts of pictures, and posts of videos.

4. Plaintiff alleges that on or about May 10, 2022, Plaintiff noticed that Defendant had posted his alleged copyrighted Work on Defendant's social media accounts. Plaintiff alleges that the posting of this Work was for the promotion of the sale of goods and services for the benefit of Defendant. However, during Plaintiff's deposition, it was discovered that the post including the Work was made by Roddy Doddy, and not at the direction of Plaintiff. It was further discovered that Plaintiff made no monetary benefit, directly or indirectly, from the post. In fact, Plaintiff terminated its contract with Roddy Doddy shortly thereafter.

5. Plaintiff has since amended its complaint to include Roddy Doddy in this matter. Plaintiff has also added a cause of action against Defendant for vicarious liability related to Roddy Doddy's alleged copyright infringement. Defendant now brings this cross-claim against Roddy Doddy for breach of contract.

## II.     Jurisdiction and Venue

6. This cross-claim arises out of a Texas state law cause of action for breach of contract. The underlying action in this matter is based on this Court's subject matter jurisdiction to hear matters related to federal questions. However, the Court may exercise its supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, to hear matters of state law in conjunction with its subject matter jurisdiction over federal questions.

7. In this case, the breach of contract claim between Defendant and Roddy Doddy arises out of the same transaction or occurrence that is the subject matter of the original action in this matter. Plaintiff's own allegation admits that the alleged contractual relationship between Defendant and Roddy Doddy involves a transaction or occurrence that forms the basis of Plaintiff's requested relief against Defendants. Therefore, the court may exercise its supplemental jurisdiction to hear Defendant's state law cause of action for breach of contract.

8. Venue is proper in this Court because the alleged acts and omissions in this matter occurred within the territorial jurisdictional limits on this Court.

### III. Defendant Roddy Doddy

9. Roddy Doddy is a Texas business entity with its principal place of business being located at 6215 Colleyville Blvd., Suite 300, Colleyville, Texas 76034. It is owned by Kevin L. Seay and Tonya Seay, who may be served with process by delivering a copy of this Cross-Claim and Summons to the address commonly referred to as 8204 Texian Trial, McKinney, Texas 75070, or wherever they may be found.

### IV. Causes of Action

10. Defendant incorporates by reference the allegations of paragraphs 1-10 of this Cross-Claim as stated, *supra*.

11. Defendant and Roddy Doddy were parties to a binding, legally enforceable contract at all times during the alleged acts and omissions that gave rise to this cause this cause of action.

12. Roddy materially breached said contract by posting what Plaintiff alleges to be the copyrighted Work to social media platforms owned by Defendant.

13. Such breach has directly and proximately caused Defendant to incur damages.

14. Pursuant to Tex. Civ. Prac. & Rem. Code § 38.001, Defendant seeks reasonable reimbursement of its attorney's fees associated with prosecuting this cause of action.

15. Defendant pleads that all conditions precedent and subsequent have been satisfied.

## V. Prayer

Wherefore, Defendant prays that this Court cite Defendant Roddy to appear and answer in this matter. Defendant additionally prays for judgment against Defendant Roddy for damages, pre- and post-judgment interest, reimbursement for reasonable attorney's fees and costs of court to be taxed against Defendant Roddy, and for all further relief this Court deems just and equitable.

Respectfully submitted.

**Law Office of Bryan White, PLLC**

*/s/ Bryan White*
Texas State Bar No. 24128204
Washington State Bar No. 52020
Bryan@bryancwhitelaw.com
116 South Crockett Street
Sherman, Texas 75090
903.487.4371—phone
**ATTORNEY FOR DEFENDANT TRIUMPH ROOFING AND CONSTRUCTION LLC**

## Certificate of Service

I hereby certify that on this 30th day of May 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew Laurence Rollin
SRIPLAW, P.A.
8730 Wilshire Blvd., Suite 350
Beverly Hills, CA 90211
Phone: 323.452.5600
Fax: 561.404.4353
Email: matthew.rollin@sriplaw.com

*/s/ Bryan White*
Bryan White