**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

**CASE NO. 4:24-cv-00635-SDJ-AGD**

REED TIMMER

                Plaintiff,

v.

TRIUMPH ROOFING AND CONSTRUCTION LLC, and RODDY DODDY AGENCY

                Defendants.

### JOINT AGREED MOTION TO VACATE MEDIATION ORDER AND ISSUE ORDER DIRECTING THE PARTIES TO A MEDIATED SETTLEMENT CONFERNCE

      Plaintiff and Defendant jointly and agreeably file this Motion to Vacate Mediation Order, and would demonstrate the following:

      On March 27, 2025, the Court entered an order directing the Parties to mediate this matter. Dkt. 19. Recently, Plaintiff's new counsel appeared in this matter. Having had the opportunity to meet and confer on mediation, the Parties find that a private mediator will not be cost-effective in this matter. The Parties now request that the Court order the Parties to mediate in a joint mediated settlement conference with a U.S. District Court Magistrate of this Court.

      Wherefore, the Parties pray that this Court vacate its March 27, 2025, Order, and issue a new order directing the Parties to participate in a mediated settlement conference with a U.S. District Court Magistrate of this Court, and for all further relief that this Court deems just and equitable.

/

Respectfully submitted.

**Law Office of Bryan White, PLLC**

*/s/ Bryan White*
Texas State Bar No. 24128204
Washington State Bar No. 52020
Bryan@bryancwhitelaw.com
116 South Crockett Street
Sherman, Texas 75090
903.487.4371—phone
**ATTORNEY FOR DEFENDANT**

**SRIPLAW, P. A.**
*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
Pro Hac Vice
CA State Bar No. 332631
matthew.rollin@sriplaw.com
8730 Wilshire Boulevard Suite 350
Beverly Hills, CA 90211
323.452.5600 – Telephone
**ATTORNEY FOR PLAINTIFF**

## Certificate of Service

I hereby certify that on this 2nd day of June 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew Laurence Rollin
SRIPLAW, P.A.
8730 Wilshire Blvd., Suite 350
Beverly Hills, CA 90211
Phone: 323.452.5600
Fax:  561.404.4353
Email: matthew.rollin@sriplaw.com

*/s/ Bryan White*
Bryan White