# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| REED TIMMER, § | | |
| § | | |
| Plaintiff, § | | |
| v. § | CIVIL ACTION NO. 4:24-CV-00635-SDJ-AGD | |
| § | | |
| TRIUMPH ROOFING AND § | | |
| CONSTRUCTION LLC, § | | |
| § | | |
| Defendant. | | |

## ORDER

Pending before the court is the Parties' Joint Agreed Motion to Vacate Mediation Order and Issue Order Directing the Parties to a Mediated Settlement Conference (Dkt. #31). The Parties request that a Magistrate Judge be appointed to conduct a settlement conference. Accordingly,

It is therefore **ORDERED** that the Parties' Motion (Dkt. #31) is **GRANTED**. The Magistrate Judge assigned is:

The Honorable Zack Hawthorn
The Jack Brooks Federal Building and United States Courthouse
300 Willow Street Suite 118
Beaumont, Texas 77701
Phone: (409) 654-2815

The Parties may contact Judge Hawthorn's chambers to schedule the same. The settlement conference shall be conducted on or before *September 2, 2025*. The Parties shall file a report within five days of the completion of the settlement conference.

**IT IS SO ORDERED**.

**SIGNED this 4th day of June, 2025.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE