# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# AT SHERMAN

### CASE NO.: 4:24-cv-00635-SDJ-AGD

REED TIMMER,

        Plaintiff,

v.

TRIUMPH ROOFING AND CONSTRUCTION LLC and RODDY DODDY AGENCY,

        Defendants.

## NOTICE OF SETTLEMENT

Plaintiff REED TIMMER by and through his undersigned counsel, hereby notifies the Court that Reed Timmer and Triumph Roofing and Construction LLC have reached a settlement and requests until August 29, 2025 in which to file a Stipulation of Dismissal with respect to Triumph Roofing and Construction LLC only.

Dated: July 23, 2025                        Respectfully submitted,

                                          */s/ Matthew L. Rollin*
                                          MATTHEW L. ROLLIN (Pro Hac Vice)
                                          matthew.rollin@sriplaw.com

                                          **SRIPLAW, P. A.**
                                          8730 Wilshire Boulevard
                                          Suite 350
                                          Beverly Hills, CA 90211
                                          323.452.5600 – Telephone
                                          561.404.4353 – Facsimile

                                          and

                                          JOEL B. ROTHMAN
                                          joel@sriplaw.com

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, CA 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

and

EVAN A. ANDERSEN (Pro Hac Vice)
evan.andersen@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE
Suite 750
Atlanta, CA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Reed Timmer*