UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AT SHERMAN

CASE NO.: 4:24-cv-00635-SDJ-AGD

REED TIMMER,

           Plaintiff,

v.

TRIUMPH ROOFING AND
CONSTRUCTION LLC and RODDY
DODDY AGENCY,

           Defendants.

## **DECLARATION OF REED TIMMER IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT**

I, Reed Timmer, declare and say:

1. I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge.

2. I am a meteorologist with a PHD and famous storm chaser. I was featured in "Storm Chasers" television show on Discovery Channel and has worked with local, national and international media for decades. My live streams of weather events have undoubtedly saved many lives by providing outstanding coverage in real time. I have one of the largest and most valuable extreme weather libraries in the world and has traveled to many countries to document storms. I also have a very large social media presence with several million followers/subscribers and supporters that help finance his endeavors. I have a long history of rescuing people from tornado damage to floods to blizzards. I am also the only person to ever shoot a rocket into a tornado and capture extremely rare data from inside of a tornado.

3. In 2022, I created the motion picture entitled "Andover Drone Footage," which is referred to herein as the "Work."

4. I registered the Work with the Register of Copyrights on June 3, 2022, and was assigned the registration number PA 2-360-287.

5. At all relevant times I was the owner of the copyrighted Work at issue in this case.

6. Defendant RODDY DODDY AGENCY ("Roddy") is a Texas-based online marketing agency specializing in digital advertising and web services for local businesses.

7. On a date after the Work was created, but prior to filing of this action, Roddy copied the Work, by posting it on Triumph Roofing's ("Triumph") Social Media channels (Facebook and Instagram).

8. I never gave Roddy permission or authority to copy, distribute or display the copyrighted Work at issue in this case. Nor did I ever license the Work to Roddy for any purpose.

9. Roddy copied and distributed my copyrighted Work in connection with Roddy's marketing business for purposes of advertising and promoting Triumph's roofing business.

10. After Roddy copied the Work, it made further copies and distributed the Work on the internet, via Triumph Roofing's Social Media channels to promote the sale of goods and services as part of Triumph's roofing business.

11. On June April 3, 2025, and April 10, 2025, I, through counsel, notified Roddy in writing of my copyrights in the Work and demanded that it cease the infringing use of the Work and pay a license fee for the unauthorized use of the Work. Roddy did not respond.

12. I no longer license my copyrighted works at this time. I keep my copyrighted works to strict use on my channels only, therefore, I am able to control the scope in which they are viewed, thus, maintaining their value.

13. As a result of Roddy's infringement, the Work has lost significant value. Roddy publicly disseminated attribution-free copies of the Work, which could have been accessed and downloaded by others from Triumph's Social Media channels. As a result, the Work has lost significant value. It is now less scarce and less exclusive.

14. I carefully manage the distribution of the Work so that it may retain its value through its exclusive distribution on my platforms only. Accordingly, this scarce and high-quality video has lost significant value due to the potential widespread dissemination resulting from Roddy's infringement.

15. I believe that because of Roddy's willful infringement, and failure to appear before the Court, that I should be awarded $50,000 for willful infringement. Alternatively, if the Court does not find willfulness, I believe I should be awarded $30,000, the maximum for non-willful infringement.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in  Lexington , Oklahoma  on this 24th day of July 2025.

*Reed Timmer*
_____
Reed Timmer

3