**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AT SHERMAN**

**CASE NO.: 4:24-cv-00635-SDJ-AGD**

REED TIMMER,

        Plaintiff,

v.

TRIUMPH ROOFING AND
CONSTRUCTION LLC and RODDY
DODDY AGENCY,

        Defendants.

---

## **DECLARATION OF MATTHEW L. ROLLIN**

I, Matthew L. Rollin, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff Reed Timmer ("Timmer") in the above-captioned matter. I make this Declaration, which is filed in support of Plaintiff's Motion for Entry of Final Default Judgment, and I could and would testify competently to the matters set forth herein.

2. On April 14, 2025, Timmer filed his Amended Complaint against Defendant Roddy Agency ("Roddy"). (ECF 22).

3. Attached hereto **as Exhibit 1** are true and correct copies of deposition excerpts of the Deposition of Bradley Sanders.

4. Timmer incurred 555.84 in costs in pursuit of this case.

5. This figure includes $405.00 in filing fees and $148.84 in process service fees. Attached hereto as **Exhibit 2** is a true and correct copy of the expenses.

6. In addition to these costs, Timmer has incurred $5,015.00 in attorney's fees.

7. Though the matter was uncontested, considerable time was spent investigating the factual circumstances of the matter, drafting the notice letter to Roddy, drafting the Amended Complaint in this matter, obtaining the Default, and drafting the Motion for entering Default Judgment, and corresponding Declarations.

8. My billing rate was $400.00 and later increased to $450.00 per hour and I expended 6.60 hours on this matter. I am a Senior Associate at SRIPLAW, who was admitted to the California Bar in January 2021. I have more than four years of experience and this is a reasonable rate based on my experience and the market.

9. Jamie James is a Paralegal who has been with SRIPLAW for more than 8 years and has over 25 years of legal experience. Jamie James had a billing rate of $250.00 which later increased to $300.00 per hour and expended 5.70 hours on this matter. Her rate is reasonable based on her experience and the market.

10. Trystan Edwards is a Summer Law Clerk and a rising 3L at Benjamin N. Cardozo School of Law with 2 years of supervised legal experience. Trystan Edwards has a billing rate of $250.00 per hour. He expended 2.00 hours working on this matter. His rate is reasonable based on his experience and the market.

11. Attached as **Exhibit 2** is our invoice that details the work done by SRIPLAW in connection with this matter.

12. The Invoice attached at **Exhibit 2** is generated from the contemporaneous time records in the firm management and billing software our firm used at the relevant times, Actionstep. Time records are automatically tracked by our firm's office management software, Actionstep. (See www.actionstep.com).

13.     All staff, including attorneys and support staff, are required to keep track of their time. Each staff member is also responsible and required to routinely review and correct and/or edit the automatic time records kept by the software time-tracking. Each employee is responsible to routinely record itemized contemporaneous time records and ensure that automatically generated time records have been reviewed for accuracy.

14.     Timmer is entitled to interest calculated from the date of infringement. As of the date of infringement, May 3, 2022, the interest rate was 2.10 percent. Attached as **Exhibit 3** is a true and correct copy of a table of federal interest rates from the date the infringement was discovered, which was downloaded on July 22, 2025, from the Federal Reserve Board's website at https://fred.stlouisfed.org/series/DGS1.

15.     For purposes of setting the post-judgment interest rate under 28 U.S.C. § 1961, the average 1-year constant maturity Treasury yield through July 22, 2025 was 4.05 percent. Attached as **Exhibit 4** is a true and correct copy of a table of current federal interest rates, which was obtained from the Federal Reserve Board's website at https://www.federalreserve.gov/releases/h15/ (printout of "Treasury Constant Maturities," displaying "1-year Treasury constant maturity"). Also attached at **Exhibit 5** is an explanation of how to obtain the information, from http://www.uscourts.gov/services-forms/fees/post-judgement-interest-rate.

16.     My office caused a copy of Timmer's Motion to be mailed to Defendant on July 24, 2025 to Roddy Doddy Agency, Kevin L. Seay and Tonya Seay, at 6215 Colleyville Blvd. Suite 300, Colleyville, Texas, 76034; and 8204 Texian Trail, McKinney, Texas, 75070.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2025.

                                */s/ Matthew L. Rollin*
                                MATTHEW L. ROLLILN