# Exhibit 1

```
                                                          Page 1
 1            UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF TEXAS
 3                     AT SHERMAN
 4  _____
 5  REED TIMMER,
 6        Plaintiff,
 7     v.                                   Case No.
 8  TRIUMPH ROOFING AND CONSTRUCTION        4:24-cv-00635-
 9  LLC,                                    SDJ-AGD
10        Defendant.
11  _____
12       DEPOSITION OF BRADLEY SANDERS AS A 30(b)(6)
13       CORPORATE REPRESENTATIVE OF TRIUMPH ROOFING
14                  AND CONSTRUCTION, LLC
15  DATE:          Wednesday, March 26, 2025
16  TIME:          9:40 a.m.
17  LOCATION:      Remote Proceeding
18                 Richardson, TX 75080
19  OFFICIATED BY: Amsale Maxwell
20  JOB NO.:       7235835
21
22
23
24
25
```

Page 24

```
 1   target -- there are a lot more suburbs here in Dallas,
 2   which is -- our whole market is here within the DFW
 3   metroplex.  We listed, you know, what, 10 or 15 of the
 4   backyard, you know, high priority areas.  But there's
 5   many other suburbs in the Dallas market that we serve,
 6   but we're not looking to expand outside of Dallas.
 7       Q    Okay.  But generally it's fair to say that
 8   you're always interested in growing the company and
 9   becoming a larger presence?
10       A    Correct.  Yeah.  We're -- our intent is to
11   grow and -- and gain more traction in Dallas.
12       Q    Tell me a little bit more about the
13   specifics of what you hired the Roddy Doddy Agency to
14   do on behalf of Triumph.
15            MR. WHITE:  Object to form.
16            Go ahead Brad.
17            THE WITNESS:  What was that?
18            MR. WHITE:  I objected to form, but go
19   ahead.
20            THE WITNESS:  Okay.  Answer the
21   question?
22            MR. ANDERSEN:  -- or I'm happy to
23   restate it.
24            MR. WHITE:  No, you're fine.  It's
25   asked and answered, but he needs to answer it.  Go
```

Page 25

1  ahead.
2      A    I hired -- like I said, I hired them with
3  just the intent of posting on social media, Facebook
4  and Instagram, three times per week to have our
5  presence out there.  You know, I've heard that social
6  media was a good way to get in front of clients and
7  their job was to post three times a week on each
8  platform to get our name out there.
9      Q    And just for clarification, are the
10 platforms you're talking about, were Facebook and
11 Instagram like you stated; correct?
12     A    Correct.
13     Q    Were there any other social media platforms
14 that Triumph used?
15     A    I -- again, I -- I did not even do anything
16 myself in marketing, so I'm not a hundred percent on
17 it.  I believe they might've posted on Google before I
18 think Google shut down.  But I think there was a
19 Google Social aspect to it.  And maybe LinkedIn, you
20 know, they're all tied -- a lot of them are tied
21 together.
22          I don't remember which one they specifically
23 posted in, but Facebook and Instagram were the two
24 primary ones.
25     Q    Do you remember if you had a -- if Triumph

Page 26

1   had an account on YouTube?
2        A    We do have an account on YouTube now.  I
3   don't -- I don't think we've had any post on it in a
4   long, long time.  So I don't believe that they posted
5   anything on there.
6        Q    Did Triumph have a Facebook account prior to
7   engaging with Roddy Doddy Agency?
8        A    Yes.  We had -- we've had an account for
9   many years before that and I had a different agency
10  who was in charge of posting and managing accounts
11  prior to Roddy Doddy for years, you know, probably two
12  or three years before Roddy Doddy.  I had an
13  agent -- another agency that handled it.
14       Q    What was the name of that agency?
15       A    BitBranding.
16       Q    I'm not going to hold you to exact dates
17  here, but is it fair to say 2019 to 2022 would be your
18  time with BitBranding?
19       A    No, no.  They -- I ended them when -- what
20  year was COVID?  Was that 2020?
21       Q    Yes.
22       A    Was -- 2020 was COVID?
23       Q    Yep.
24       A    Yeah.  So I -- I leaned up and cut all my
25  expenses, all marketing, all things in 2020.  So I