# Exhibit 2

## SRIPLAW, P.A.
21301 Powerline Road, Suite 100, Boca Raton, Florida 33433 Sales tax #:

### Sales Invoice

Reed Timmer  
216 Meadow Rose Drive  
Travelers Rest, SC 29690  
USA

**Date:** 07/22/2025  
**Matter number:** 1025  
**Invoice number:** 40291

**RE:** Timmer v. Triumph Roofing & Roddy Doddy(1025)

### Fees

| Date | Lwyr. | Services | Duration | Amount |
|---|---|---|---|---|
| 07/09/2024 | MLR | Revise Complaint | 0.30 | $120.00 |
| 07/09/2024 | JCJ | Review Matter Details, Client Documents, IP Details - Update matter info, if needed. | 0.50 | $125.00 |
| 07/09/2024 | JCJ | Prepare Exhibits for Complaint. | 0.30 | $75.00 |
| 07/09/2024 | JCJ | Re-investigate Defendant(s) & Update Details and Registered Agent | 1.00 | $250.00 |
| 07/09/2024 | JCJ | Draft Complaint. | 0.40 | $100.00 |
| 07/11/2024 | JCJ | Finalize and File Complaint. | 0.30 | $75.00 |
| 07/11/2024 | JCJ | Prepare Civil Cover Sheet, Form AO121, Summons(es) and Certificate of Interested Persons-Corporate Disclosure. | 0.50 | $125.00 |
| 08/12/2024 | JCJ | File ROS with the Court & Move to Next Step | 0.20 | $60.00 |
| 08/16/2024 | JCJ | Draft and file Notice of Appearance for Joel B. Rothman. | 0.10 | $30.00 |
| 03/18/2025 | JCJ | Draft Pro Hac Vice Application for Evan A. Andersen. | 0.20 | $60.00 |
| 03/19/2025 | JCJ | Email proposed Pro Hac Vice Application to TXED for approval. | 0.20 | $60.00 |
| 03/20/2025 | JCJ | Apply for ECF access for Evan A. Andersen to Texas Eastern District.  File Approved Application for Pro Hac Vice.  Pay fee. | 0.20 | $60.00 |
| 05/28/2025 | JCJ | Draft Applications for Clerk's Default as to each Defendant and Declarations in Support. Prepare Exhibit A for Roddy Doddy. | 0.30 | $90.00 |
| 05/28/2025 | MLR | Drafting attorney declaration in support of clerk's default and reviewing case details for Timmer v. Triumph Roofing. | 0.30 | $135.00 |
| 05/28/2025 | MLR | Update document '2025.05.28.  Clerks Default Triumph - Attorney Declaration in Support' | 0.50 | $225.00 |
| 06/05/2025 | JCJ | Draft Final Default Package | 1.50 | $450.00 |
| 06/13/2025 | MLR | Drafting motion for final default and reviewing case details for Timmer v. Triumph Roofing in Chrome. | 0.50 | $225.00 |
| 07/02/2025 | MLR | Drafting motion for final default, preparing declarations, and reviewing Timmer v. Triumph Roofing case details. | 2.00 | $900.00 |

*Invoice Number:* 40291                                                                                   Page 1 of 3

| Date | Lwyr. | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/2025 | MLR | Reviewing Timmer case details and drafting motion for final default judgment in Word. | 0.50 | $225.00 |
| 07/07/2025 | TE | Worked on incorporating Matthew's edits into final default judgment. | 2.00 | $500.00 |
| 07/10/2025 | MLR | Drafting motion for final default in Word and reviewing Timmer v. Triumph Roofing case details in browser. | 0.50 | $225.00 |
| 07/22/2025 | MLR | Finalize Default Package | 2.00 | $900.00 |
| | | **Our Fee** | **14.30** | **$5,015.00** |

*Time summary*

| Lwyr. | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| JCJ | JJ James | $250.00 | 3.00 | $750.00 |
| JCJ | JJ James | $300.00 | 2.70 | $810.00 |
| MLR | Matthew Laurence Rollin | $400.00 | 0.30 | $120.00 |
| MLR | Matthew Laurence Rollin | $450.00 | 6.30 | $2,835.00 |
| TE | Trystan Edwards | $250.00 | 2.00 | $500.00 |

**Expenses**

| Description | Amount |
|---|---|
| Disbursement for fee for Secretary of State records. | $2.00 |
| Disbursement to Saddleback Attorney Services for service of process of Summons and Complaint to Roddy Doddy Agency. | $148.84 |
| Disbursement to USDC for Filing Fee for Complaint. | $405.00 |
| **Total expenses** | **$555.84** |

| | |
|---|---|
| Total fees | $5,015.00 |
| Total expenses | $555.84 |
| **Total New Charges** | **$5,570.84** |
| **Net amount owing on this bill** | **$5,570.84** |

Matthew Laurence Rollin

## Statement of account

| | |
|---|---:|
| Current fees | $5,015.00 |
| Current expenses | $555.84 |
| **Net amount owing on this bill** | **$5,570.84** |