# Exhibit
# 3

Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis (DGS1)
Observations
2025-07-22: 4.05
Updated: Jul 23, 2025 3:17 PM CDT
Next Release Date: Jul 24, 2025
Units: Percent, Not Seasonally Adjusted
Frequency: Daily
1Y
5Y
10Y
Max
Edit Graph
Downl
FRED
Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis
Percent
6
5
4
3
2
1
0
2021-01
2021-07
2022-01
2022-07
2023-01
2023-07
2024-01
2024-07
2025-01
2025-07
Source: Board of Governors of the Federal Reserve System (US) via FRED®
Shaded areas indicate U.S. recessions.
fred.stlouisfed.org
Fullscreen
Share Graph
Account Tools

## Notes

**Source:** Board of Governors of the Federal Reserve System (US)

**Release:** H.15 Selected Interest Rates

**Units:** Percent, Not Seasonally Adjusted

**Frequency:** Daily

**Notes:**

For further information regarding treasury constant maturity data, please refer to the H.15 Statistical Release notes and the Treasury Yield Curve Methodology.

For questions on the data, please contact the data source. For questions on FRED functionality, please contact us here.

**Suggested Citation:**

Board of Governors of the Federal Reserve System (US), Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis [DGS1], retrieved from FRED, Federal Reserve Bank of St. Louis; https://fred.stlouisfed.org/series/DGS1, July 24, 2025.

## Release Tables

**H.15 Selected Interest Rates**

Selected Interest Rates Instruments, Yields in percent per annum: Daily

## Related Data and Content

7/24/25, 12:56 PM Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis (DGS1) | FRED | St. Louis Fed

### Data Suggestions Based On Your Search

Market Yield on U.S. Treasury Securities at 3-Year Constant Maturity, ...

Market Yield on U.S. Treasury Securities at 5-Year Constant Maturity, ...

Market Yield on U.S. Treasury Securities at 2-Year Constant Maturity, ...

Market Yield on U.S. Treasury Securities at 3-Month Constant Maturity, ...

See More...

### Content Suggestions

FRED Blog
Top FRED Blog posts in 2021

FRED Blog
What's behind the recent surge in the M1 money supply?

FRED Blog
What's happened so far with the return on safe and liquid assets?

ALFRED Vintage Series
Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, ...

See More...

### Other Formats

Annual, Not Seasonally Adjusted

Monthly, Not Seasonally Adjusted

Weekly, Not Seasonally Adjusted

### Related Categories

Treasury Constant Maturity

Interest Rates

Money, Banking, & Finance

### Releases

More Series from H.15 Selected Interest Rates

https://fred.stlouisfed.org/series/DGS1 2/3

7/24/25, 12:56 PM Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis (DGS1) | FRED | St. Louis Fed

Case 4:24-cv-00635-SDJ-AGD Document 34-5 Filed 07/24/25 Page 4 of 4 PageID #: 210

**Tags**

1-Year | Maturity | H.15 Selected Interest Rates | Treasury | Daily | Interest Rate | Interest | Board of Governors | Rate | Nation | Public Domain: Citation Requested | Not Seasonally Adjusted | United States of America

Subscribe to the FRED newsletter

Email Subscribe

Follow us

Need Help?

Questions or Comments

FRED Help

Legal

Privacy Notice & Policy

https://fred.stlouisfed.org/series/DGS1 3/3