UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AT SHERMAN

CASE NO.: 4:24-cv-00635-SDJ-AGD

REED TIMMER,

        Plaintiff,

v.

TRIUMPH ROOFING AND CONSTRUCTION LLC and RODDY DODDY AGENCY,

        Defendants.

### [PROPOSED] ORDER GRANTING PLAINTIFF MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT OF DAMAGES AGAINST RODDY DODDY AGENCY

This matter came before the Court upon Plaintiff's Motion for Entry of Default Final Judgment for Damages against Defendant Roddy Doddy Agency.

The Court, having reviewed the pleadings, Plaintiff's Motion, the Declarations in Support, and being fully advised in the premises, and for good cause shown, hereby **GRANTS** the Motion and determines that Plaintiff, Reed Timmer, shall recover damages from Defendant Roddy Doddy Agency, in the following amounts:

   A. **Copyright Infringement**:

      1. Statutory damages for copyright infringement: **$50,000.00**

   B. **Attorney's Fees and Costs:**

      1. For reasonable attorney's fees: **$$5,015.00**

      2. For Costs: **$555.84**

TOTAL RECOVERY FOR REED TIMMER: **$55,570.84**

ADDITONALLY, THE COURT ALSO AWARDS PREJUDGMENT INTEREST on the total sum at the annual percentage rate calculated pursuant to 28 U.S.C. § 1961 from **May 3,**

1

**2022**, through the date of this judgment.

POST JUDGMENT INTEREST IS PAYABLE on all the above amounts allowable by law from the date of this judgment is entered until the date this judgment is paid.

### **PERMANENT INJUNCTION**

Defendant Roddy Doddy Agency, its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any one or more of them, who receive actual notice by personal service or otherwise ARE HEREBY PERMANENTLY RESTRAINED AND ENJOINED from:

(a) directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from any of Plaintiff's copyrighted motion pictures or to participate or assist in any such activity; and/or

(b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted motion pictures.

The Court orders execution to issue for this judgment.

The Court denies all relief not granted in this judgment.

This is a FINAL JUDGMENT.

**SO ORDERED**
THIS _____ DAY OF _____, 2025

_____
HONORABLE SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE