**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**AT SHERMAN**

**CASE NO.: 4:24-cv-00635-SDJ-AGD**

REED TIMMER,

        Plaintiff,

v.

TRIUMPH ROOFING AND
CONSTRUCTION LLC and RODDY
DODDY AGENCY,

        Defendants.

## **[PROPOSED] FINAL JUDGMENT**

FINAL JUDGMENT IS HEREBY ENTERED AS FOLLOWS:

1.    On the Amended Complaint of the Plaintiff REED TIMMER ("Timmer") against Defendant RODDY DODDY AGENCY. ("Roddy") for copyright infringement:

2.    Roddy was served with the Summons and Amended Complaint via corporate service by serving Tonya Seay, co-owner of Roddy Doddy Agency, at 8204 Texian Trail, McKinney, Texas, 75070 on May 7, 2025, setting a response deadline of May 28, 2025, and Roddy has not responded to the Amended Complaint or otherwise appeared in this action;

3.    Default was entered by the Clerk against Roddy on June 2, 2025 (ECF 30);

4.    Roddy is not an infant, incompetent person, in military service, or otherwise exempted under the Servicemembers Civil Relief Act (50 U.S.C. App. § 521);

5.    Roddy is a Texas company, with its principal place of business at 8204 Texian Trail, McKinney, Texas, 75070;

6.    Timmer is now entitled to judgment against Roddy on account of the claims

pleaded in the Amended Complaint for copyright infringement (17 U.S.C. § 101 et seq.);

7. Under the Copyright Act (17 U.S.C. §101 et seq.), Timmer is entitled to recover costs incurred in this litigation, which amount to Five Hundred Fifty-Five Dollars and Eighty-Four Cents ($555.84);

8. Timmer is further entitled to reasonable attorneys' fees (see 17 U.S.C. § 505), which amount to which amount to Five Thousand Fifteen Dollars ($5,015.00);

9. Timmer is entitled to willful statutory damages for copyright infringement (17 U.S.C. §504(c)) which amount to Fifty Thousand Dollars ($50,000.00); and

10. Prejudgment interest is payable on the total sum at the annual percentage rate calculated from May 3, 2022 through the date of this judgment;

11. Post judgment interest is payable on all the above amounts allowable by law from the

date this judgment is entered until the date this judgment is paid.

12. Roddy, its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any one or more of them, who receive actual notice by personal service or otherwise are hereby permanently restrained and enjoined from:

   a. directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from any of Plaintiff's copyrighted photographs or to participate or assist in any such activity; and/or

      b. directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photographs.

**SO ORDERED** THIS \_\_\_\_\_ DAY OF _____, 2025

 

_____
HONORABLE SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE