**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AT SHERMAN**

**CASE NO.:  4:24-cv-00635-SDJ-AGD**

REED TIMMER,

                         Plaintiff,

v.

TRIUMPH ROOFING AND
CONSTRUCTION LLC and RODDY
DODDY AGENCY,

                         Defendants.

_____

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that on July 24, 2025, a true and correct copy of

Plaintiff's Motion for Entry of Final Judgment by Default Against Defendant Roddy Doddy

Agency and Incorporated Memorandum of Law were sent by United States Certified Mail,

Return Receipt Requested, United States Mail and electronic mail to Defendant Roddy Doddy

Agency, and its owners, Kevin and Tonya Seay.  Attached hereto as Exhibit 1 are true and

correct copies of the first pages of the proofs of mailing, and attached here as Exhibit 2 is a true

and correct copy of the email sent to Kevin and Tonya Seay.

Dated: July 24, 2025                          Respectfully submitted,


                                        */s/  Matthew L. Rollin*_____
                                        MATTHEW L. ROLLIN (*Pro Hac Vice*)
                                        matthew.rollin@sriplaw.com

                                        **SRIPLAW, P. A.**
                                        8730 Wilshire Boulevard
                                        Suite 350
                                        Beverly Hills, CA 90211
                                        323.452.5600 – Telephone

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

561.404.4353 – Facsimile

*Counsel for Plaintiff Reed Timmer*

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS