# Exhibit 1

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

SRIPLAW
21301 Powerline Road
Ste 100
Boca Raton FL 33433



0012100856000021
Kevin & Tonya Seay
Roddy Doddy Agency
8204 Texian Trail
McKinney TX 75070
USA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AT SHERMAN

CASE NO.: 4:24-cv-00635-SDJ-AGD

REED TIMMER,

        Plaintiff,

v.

TRIUMPH ROOFING AND
CONSTRUCTION LLC and RODDY
DODDY AGENCY,

        Defendants.

**PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGEMENT BY DEFAULT AGAINST DEFENDANT RODDY DODDY AGENCY, AND INCORPORATED MEMORANDUM OF LAW**

Matthew L. Rollin (*Pro Hac Vice*)
Matthew.rollin@sriplaw.com

**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Reed Timmer*

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

SRIPLAW
21301 Powerline Road
Ste 100
Boca Raton FL 33433

0012100856000010
Roddy Doddy Agency
6215 Colleyville Boulevard
Suite 300
Colleyville TX 76034
USA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AT SHERMAN

CASE NO.: 4:24-cv-00635-SDJ-AGD

REED TIMMER,

        Plaintiff,

v.

TRIUMPH ROOFING AND
CONSTRUCTION LLC and RODDY
DODDY AGENCY,

        Defendants.

_____

**PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGEMENT BY DEFAULT AGAINST DEFENDANT RODDY DODDY AGENCY, AND INCORPORATED MEMORANDUM OF LAW**

Matthew L. Rollin (*Pro Hac Vice*)
Matthew.rollin@sriplaw.com

**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Reed Timmer*

**USPS CERTIFIED MAIL**

9214 8901 4298 0423 1852 31

*CERTIFIED MAIL*

SRIPLAW
21301 Powerline Road
Ste 100
Boca Raton FL 33433



0012100836000010
Roddy Doddy Agency
6215 Colleyville Boulevard
Suite 300
Colleyville TX 76034
USA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AT SHERMAN

CASE NO.: 4:24-cv-00635-SDJ-AGD

REED TIMMER,

           Plaintiff,

v.

TRIUMPH ROOFING AND
CONSTRUCTION LLC and RODDY
DODDY AGENCY,

           Defendants.

_____

**PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGEMENT BY DEFAULT AGAINST DEFENDANT RODDY DODDY AGENCY, AND INCORPORATED MEMORANDUM OF LAW**

           Matthew L. Rollin (*Pro Hac Vice*)
           Matthew.rollin@sriplaw.com

           **SRIPLAW, P.A.**
           8730 Wilshire Boulevard
           Suite 350
           Beverly Hills, CA 90211
           323.452.5600 – Telephone
           561.404.4353 – Facsimile

           *Counsel for Plaintiff Reed Timmer*

**USPS CERTIFIED MAIL**



9214 8901 4298 0423 1852 24

*CERTIFIED MAIL*

SRIPLAW
21301 Powerline Road
Ste 100
Boca Raton FL 33433

0012100836000021



Kevin & Tonya Seay
Roddy Doddy Agency
8204 Texian Trail
McKinney TX 75070
USA

12100836.1.1-28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AT SHERMAN

CASE NO.: 4:24-cv-00635-SDJ-AGD

REED TIMMER,

        Plaintiff,

v.

TRIUMPH ROOFING AND
CONSTRUCTION LLC and RODDY
DODDY AGENCY,

        Defendants.

**PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGEMENT BY DEFAULT AGAINST DEFENDANT RODDY DODDY AGENCY, AND INCORPORATED MEMORANDUM OF LAW**

Matthew L. Rollin (*Pro Hac Vice*)
Matthew.rollin@sriplaw.com

**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Reed Timmer*