# Exhibit 2

# SERVICE OF COURT DOCUMENTS: Timmer v. Triumph Roofing & Roddy Doddy; United States District Court Eastern District of Texas, Case No.: 4:24-cv-00635

| | |
|---|---|
| **From:** | jamie.james@sriplaw.com |
| **Sent** | Thursday July 24, 2025 11:52 am |
| **To:** | Seay, Kevin L. <kevin-seay@msn.com>, * Seay, Kevin L. <kseay71@gmail.com>, * Seay, Kevin L. <kls0516@yahoo.com>, * Seay, Kevin L. <kls0415@gmail.com>, * Seay, Kevin L. <mrkevinseay@gmail.com>, Seay, Tonya Nichole <missprincesstonya@gmail.com>, * Seay, Tonya Nichole <seayfamily2021@gmail.com>, * Seay, Tonya Nichole <tonyad75@att.net>, * Seay, Tonya Nichole <tdeptula@gmail.com>, * Seay, Tonya Nichole <thane965@yahoo.com> |
| **CC:** | Andersen, Evan A <evan.andersen@sriplaw.com>, Rollin, Matthew Laurence <matthew.rollin@sriplaw.com>, Rothman, Joel Benjamin <joel@sriplaw.com> |
| **Subject:** | SERVICE OF COURT DOCUMENTS: Timmer v. Triumph Roofing & Roddy Doddy; United States District Court Eastern District of Texas, Case No.: 4:24-cv-00635 |
| **Attachments:** | Roddy Doddy Mtn for Final Default.pdf |
| **Associations:** | Timmer v. Triumph Roofing & Roddy Doddy(1025) [1025] |

Dear Mr. & Mrs. Seay,

Attached please find a copy of the Motion for Final Default against your company, Roddy Doddy Agency, filed today in the above-referenced matter. If you should wish to discuss this matter, please feel free to contact Mr. Matthew Rollin at 323.452.5600 or matthew.rollin@sriplaw.com.

Warm regards,

Jamie

**Jamie (JJ) James**
**Lead Paralegal**
Main: +1 561.404.4350
Direct: +1 561.992.3534
Email: jamie.james@sriplaw.com
**www.SRipLaw.com**



**Your Passion, Our Protection**
United States - Colombia