IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| REED TIMMER, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> TRIUMPH ROOFING AND § <br> CONSTRUCTION LLC, § <br> § <br> Defendant. | CIVIL ACTION NO. 4:24-CV-00635-SDJ-AGD |

**ORDER**

The court has been advised that Plaintiff Reed Timmer and Defendant Triumph Roofing and Construction LLC have reached a settlement in this case (Dkt. #33). It is therefore **ORDERED** that, on or before **Friday, August 29, 2025,** Plaintiff and Defendant Triumph Roofing and Construction LLC shall submit to the court all papers necessary for the closing of this case as to these Parties. If such papers are not received by the court by the scheduled deadline, the court may order Plaintiff and Defendant Triumph Roofing and Construction LLC to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the court may enter such orders as are just and necessary to ensure prompt resolution of this case as it pertains to Plaintiff and Defendant Triumph Roofing and Construction LLC.

**IT IS SO ORDERED.**

**SIGNED this 24th day of July, 2025.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE