UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AT SHERMAN

CASE NO.:  4:24-cv-00635-SDJ-AGD

REED TIMMER,

                Plaintiff,

v.

TRIUMPH ROOFING AND CONSTRUCTION LLC and RODDY DODDY AGENCY

                Defendants.

---

**STIPULATION OF DISMISSAL OF TRIUMPH ROOFING AND CONSTURCTION LLC ONLY**

Plaintiff REED TIMMER and Defendant TRIUMPH ROOFING AND CONSTRUCTION LLC, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal Triumph Roofing and Construction, LLC, <u>only</u>, from this instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated:  August 27, 2025                  Respectfully submitted,

| | |
|---|---|
| */s/  Matthew L. Rollin* | */s/ Bryan C White* |
| MATTHEW L. ROLLIN | BRYAN C WHITE |
| matthew.rollin@sriplaw.com | bryan@bryancwhitelaw.com |
| | |
| **SRIPLAW, P. A.** | **LAW OFFICE OF BRYAN WHITE, PLLC** |
| 8730 Wilshire Boulevard | 116 South Crockett Street |
| Suite 350 | Sherman TX 75090 |
| Beverly Hills, CA 90211 | 903.487.4371 – Telephone |
| 323.452.5600 – Telephone | |
| 561.404.4353 – Facsimile | *Counsel for Defendants Triumph Roofing and* |
| And | *Construction LLC* |

JOEL B. ROTHMAN
joel@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, CA 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

And

EVAN A. ANDERSEN
evan.andersen@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE
Suite 750
Atlanta, CA 30326
470.598.0800 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Reed Timmer*