# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| REED TIMMER, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 4:24-CV-00635-SDJ-AGD |
| § | |
| TRIUMPH ROOFING AND § | |
| CONSTRUCTION LLC, § | |
| § | |
| Defendant. § | |

## ORDER

Pending before the court is Plaintiff Reed Timmer's Motion to Strike Defendant's Affirmative Defenses (Dkt. #11). On July 23, 2025, Plaintiff Reed Timmer and Defendant Triumph Roofing and Construction LLC filed a Notice of Settlement (Dkt. #33). Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion to Strike Defendant's Affirmative Defenses (Dkt. #11) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

**SIGNED** this 28th day of August, 2025.

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE